JUDGE KARAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIF Licensing, L.L.C., et. al.,

Plaintiff

-v-

ATI Technologies, Inc.,

Defendant.

08 CV 01700

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Date: 02/20/2008

Signature of Attorney

Attorney Bar Code: GRB1345

Form Rule7_1.pdf  SDNY Web 10/2007

Rule 7.1 Disclosure Statement

1. CIF Licensing, L.L.C., d/b/a GE Licensing, has as members (a) GE Intellectual Property Licensing, Inc. ("GEL), a Delaware Corporation, and (b) General Electric Capital Corporation ("GECC"), a New York corporation. GEL holds a 40% membership interest in GE Licensing, and GECC holds a 60% membership interest in GE Licensing. The General Electric Company, a New York corporation, owns 100% of the stock of GEL. General Electric Capital Services, Inc., a Delaware corporation ("GECS"), owns 100% of the stock of GECC. The General Electric Company owns 98.2% of the stock of GECS.

2. Mitsubishi Electric Corporation is a public company. Master Trust Bank of Japan, Ltd. owns 10.58% of the Mitsubishi Electric Corporation stock. Master Trust Bank of Japan, Ltd. is part of Mitsubishi UFJ Financial Group, Inc., a public company.

3. Samsung Electronics Co., Ltd. is a public subsidiary of Samsung Corporation.

4. Thomson Licensing is a wholly owned private subsidiary of Thomson.

5. The Trustees of Columbia University in the City of New York is a private independent company. No public company owns 10% or more of its stock.

6. Plaintiff U.S. Philips Corporation is a wholly owned subsidiary of Koninklijke Philips Electronics N.V.

7. Koninklijke Philips Electronics, N.V. is a public company and no public entity owns 10% or more of its stock.