UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIF LICENSING, L.L.C., ET. AL., <br> Plaintiffs, <br><br> -V- <br><br> ATI TECHNOLOGIES INC., <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br><br> 08 CV 1700 (RMK) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**10th day of June, 2008**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**20th day of February, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8015 5943 5731**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 10, 2008

---

**FedEx International Air Waybill**

FedEx Tracking Number: 8015 5943 5731    Form I.D. No. 0400

**1. From:**
Date: 6/10/08
Sender's Name: Emma Gilmore, Esq.
Company: Sullivan & Cromwell LLP
Address: 125 Broad Street
City: New York    State: NY    10004

**3. To:**
Company: ATI Technologies, Inc.
Address: 1 - Commerce Valley Drive East
City: Markham    State/Province: ON L3T 7N6
Country: Canada

**9. Payment:** Sender (X)
FedEx Account No. 0100-4821-4