USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

CIF Licensing, LLC, et al.,

                 Plaintiff(s),                  08 Civ. 01700 (KMK)(LMS)

      -against-

ATI Technologies, Inc.,                    CALENDAR NOTICE

                 Defendant(s).
---------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ____ Status Conference | ___ Oral argument |
| ___ Settlement conference | ____ Plea Hearing | ___ Suppression hearing |
| _X_ Rule (16) conference | ____ Final pre-trial conference | |
| ___ Telephone Conference | ____ Jury Selection and Trial | |
| ___ Non-Jury Trial | ____ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, July 24, 2008 at 11:45 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: June 19, 2008
       White Plains, New York

                 So Ordered

                 Kenneth M. Karas, U.S.D.J