AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District        DISTRICT OF        New York

CIF Licensing, L.L.C., et al.,

        Plaintiffs,

   V.

ATI Technologies, Inc.

        Defendant.

**APPEARANCE**

Case Number: 08 CV 01700

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

      Plaintiffs CIF Licensing, L.L.C., Mitsubishi Electric Corporation, Samsung Electronics Co., Ltd., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corporation, and Koninklijke Philips Electronics, N.V.

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/30/2008 | *[signature]* |
| Date | Signature |
| | Garrard R. Beeney     GRB 1345 |
| | Print Name     Bar Number |
| | 125 Broad Street |
| | Address |
| | New York    NY    10004 |
| | City    State    Zip Code |
| | (212) 558-4000    (212) 558-3588 |
| | Phone Number    Fax Number |