AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District       DISTRICT OF       New York

CIF Licensing, L.L.C., et al,

       Plaintiffs,                    **APPEARANCE**

V.

ATI Technologies, Inc.                    Case Number: 08 CV 01700

       Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiffs CIF Licensing, L.L.C., Mitsubishi Electric Corporation, Samsung Electronics Co., Ltd., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corporation, and Koninklijke Philips Electronics, N.V.

    I certify that I am admitted to practice in this court.

| 6/30/2008 | *(signature)* |
|---|---|
| Date | Signature |

| Emma Gilmore | EG 7831 |
|---|---|
| Print Name | Bar Number |

125 Broad Street
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 558-4000 | (212) 558-3588 |
|---|---|
| Phone Number | Fax Number |