IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CIF Licensing, L.L.C., Mitsubishi Electric
Corporation, Samsung Electronics Co., Ltd.,
Thomson Licensing, The Trustees of Columbia
University in the City of New York, U.S.
Philips Corporation, and Koninklijke Philips
Electronics, N.V.,

   Plaintiffs

   v.

ATI Technologies, Inc.

   Defendant.

---

C.A. NO. 08 CV 01700 (KMK)

**STIPULATION TO EXTEND ATI TECHNOLOGIES, INC.'S TIME TO ANSWER, MOVE OR RESPOND TO COMPLAINT**

### STIPULATION TO EXTEND ATI TECHNOLOGIES, INC.'S TIME TO ANSWER, MOVE, OR RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time within which Defendant, ATI Technologies, Inc., may answer, move, or otherwise respond to Plaintiffs', CIF Licensing, L.L.C., Mitsubishi Electric Corporation, Samsung Electronics Co., Ltd., Thomson Licensing, The Trustees of Columbia University in the City of New York, U.S. Philips Corporation, and Koninklijke Philips Electronics, N.V., complaint be and hereby is extended to and including July 31, 2008. ATI Technologies, Inc. enters into this Stipulation without waiving any defense, motion, or matter, which might be presented pursuant to FED. R. CIV. P. 12(b), or any other rule or law.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully submitted,

Dated: June 26, 2008

*[signature: Emma Gilmore]*

Emma Gilmore
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, NY 10004
(212) 558-4000 (telephone)
(212) 558-3588 (facsimile)
Email: gilmoree@sullcrom.com

*Attorneys for Plaintiffs*
*CIF Licensing, L.L.C.,*
*Mitsubishi Electric Corporation,*
*Samsung Electronics Co., Ltd.,*
*Thomson Licensing,*
*The Trustees of Columbia University in the City of New York,*
*U.S. Philips Corporation,*
*and Koninklijke Philips Electronics, N.V.*

Dated: June 26, 2008

*[signature: Eugene LeDonne]*

Eugene LeDonne (EL 8063)
REEDSMITH, LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022
(212) 521-5400 (telephone)
(212) 521-5450 (facsimile)
Email: eledonne@reedsmith.com

*Attorneys for Defendant*
*ATI Technologies, Inc.*

SO ORDERED:

*[signature]*
U.S.D.J.
7/1/08