AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

CIF Licensing, L.L.C., et al.,
        Plaintiffs,

V.

ATI Technologies, Inc.
        Defendant.

**APPEARANCE**

Case Number: 08 CV 01700

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant, ATI Technologies, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/17/2008 | *[signature]* |
| Date | Signature |
| | Eugene LeDonne      EL 8063 |
| | Print Name      Bar Number |
| | 599 Lexington Avenue, 29th Floor |
| | Address |
| | New York    NY    10022 |
| | City    State    Zip Code |
| | (212) 521-5400    (212) 521-5450 |
| | Phone Number    Fax Number |