# ReedSmith



Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Eugene LeDonne
Direct Phone: 212.521.5402
Email: eledonne@reedsmith.com

July 17, 2008

**Via Facsimile (914-390-4152) And US Mail**

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:
```

Re:  CIF Licensing, LLC et al., v. ATI Technologies, Inc.
     07 Civ 01700 (KMK)(LMS)

Your Honor:

Defendant, ATI Technologies, Inc., is writing to request that the Rule 16 Conference currently scheduled in the referenced matter for Thursday, July 24, 2008, at 11:45 AM, be continued to Friday, September 12, 2008, at 11:45 AM or a later date and time that is acceptable to the Court.

Defendant's response to Plaintiffs' complaint is now due on July 31, 2008. The continuance will allow for Defendant's responsive pleading and Plaintiffs' reply to be filed before the Conference. The continuance will additionally provide the parties with adequate time to confer, after all responsive pleadings are filed, to prepare a meaningful discovery plan in advance of the Conference.

There have been no prior requests for a continuance of the Conference. Also, Plaintiffs consent to this request.

Very truly yours,

Eugene LeDonne
ReedSmith, LLP
Counsel for Defendant
ATI Technologies, Inc.

Denied,

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/18/08

cc:  Emma Gilmore, Esq.
     Counsel for Plaintiffs
     CIF Licensing, L.L.C. et al.

NEW YORK ● LONDON ● HONG KONG ● CHICAGO ● WASHINGTON, D.C. ● BEIJING ● PARIS ● LOS ANGELES ● SAN FRANCISCO ● PHILADELPHIA ● PITTSBURGH
OAKLAND ● MUNICH ● ABU DHABI ● PRINCETON ● NORTHERN VIRGINIA ● WILMINGTON ● BIRMINGHAM ● DUBAI ● CENTURY CITY ● RICHMOND ● GREECE

NYLIB-80357152

ReedSmith

Honorable Kenneth M. Karas
July 17, 2008
Page 2

So Ordered:

_____
U.S.D.J.