UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CIF LICENSING, L.L.C., et al.,

                Plaintiffs,                08 Civ. 01700 (KMK)

    v.                                   **NOTICE OF APPEARANCE**

ATI TECHNOLOGIES, INC.,

                Defendant.
-------------------------------------------------------------- X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendant ATI Technologies, Inc. in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: July 22, 2008

                                    REED SMITH LLP

                                    By: _____
                                    Casey D. Laffey (CL-1483)
                                    CLaffey@ReedSmith.com
                                    599 Lexington Avenue, 22nd Floor
                                    New York, New York 10022
                                    Tel. (212) 521-5400
                                    Fax. (212) 521-5450