UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CIF LICENSING, L.L.C., et al.,

                Plaintiffs,              08 Civ. 01700 (KMK)

    v.                              **NOTICE OF APPEARANCE**

ATI TECHNOLOGIES, INC.,

                Defendant.
------------------------------------------------------------ X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendant ATI Technologies, Inc. in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: July 22, 2008

                                              REED SMITH LLP

                                              By: _____
                                                Christian E. Samay (CS-5106)
                                           CSamay@ReedSmith.com
                                           599 Lexington Avenue, 22nd Floor
                                           New York, New York 10022
                                           Tel. (212) 521-5400
                                           Fax. (212) 521-5450