# ReedSmith

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**Casey D. Laffey**
Direct Phone: 212.549.0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 24, 2008

**Via Hand and Overnight Courier**

Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:   <u>CIF Licensing, LLC et al., v. ATI Technologies, Inc.</u>, ~~07~~ 08 Civ 01700 (KMK)(LMS)

Dear Judge Karas:

We represent defendant ATI Technologies, Inc. ("Defendant") and write, upon consent of Plaintiff's counsel, to request a two week extension of Defendant's time to answer, move, or otherwise respond to the Complaint from July 31, 2008 to August 14, 2008.

This is Defendant's second request for an extension of time to respond to the Complaint. The request is being made to allow additional time for settlement discussions.

Very truly yours,

*[signature]*

Casey D. Laffey

cc:   Emma Gilmore, Esq.
      Counsel for Plaintiffs
      CIF Licensing, L.L.C. et al.

Granted.

So Ordered:

*[signature]*
U.S.D.J.
7/28/08

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

NYLIB-8036901.1-CDLAFFEY