IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

CIF Licensing, L.L.C., Mitsubishi Electric
Corporation, Samsung Electronics Co., Ltd.,
Thompson Licensing, The Trustees of
Columbia University in the City of New York,
U.S. Philips Corporation, and Koninklijke
Philips Electronics, N.V.,

          Plaintiffs

          v.

ATI Technologies, Inc.

          Defendant.

------------------------------------------------------------ X

C.A. NO. 08 CV 01700 (KMK)

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

THIS MATTER having come before the Court pursuant to a Rule 16 conference on August 7, 2008, and counsel for all parties having appeared, and counsel for all parties having reported that a settlement in principle had been reached;

IT IS HEREBY STIPULATED and agreed by the undersigned counsel for all parties that defendant ATI Technologies, Inc.'s time to answer, move, or otherwise respond to the Complaint be extended from August 14, 2008 to and including October 14, 2008.

REED SMITH, LLP

By: _____
    Christian E. Samay

599 Lexington Avenue, 29th Floor
New York, NY 10022

Attorneys for Defendant

SULLIVAN & CROMWELL LLP

By: _____
    Emma Gilmore

125 Broad Street
New York, NY 10004

Attorneys for Plaintiffs

SO ORDERED on this 13th day of August, 2008:

By: _____
Kenneth M. Karas, U.S.D.J.